# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 16-1135 - Holmberg v. Stealth Cam, LLC

**Date of docketing:** October 28, 2015

**Appeal from:** United States District Court for the District of Minnesota case no. 0:11-cv-00248-DWF-LIB

**Cross-Appellant(s): Stealth Cam, LLC**

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. N.B. Delayed requests are not favored by the court.
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises. Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir. R. 34.

Daniel E. O'Toole
Clerk of Court

cc: United States District Court for the District of Minnesota
Eric William Buether
David R. Fairbairn